United States District Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **COURTNEY B. WARREN,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| V. § | **CIVIL ACTION NO. 4:23-cv-01397** |
| § | |
| **PNC BANK, NATIONAL ASSOCIATION** § | |
| **F/K/A BBVA USA, et al.** § | |
| § | |
| *Defendants*. § | |

## ORDER DENYING TEMPORARY INJUNCTION

Before the Court is Plaintiff's Emergency Motion to Enjoin Substitute Trustee's Sale of Property Pending Court's Ruling on Reconsideration (hereinafter, "Motion"). ECF No. 21. Having considered the Motion, the Court is of the opinion that it should be **DENIED**.

It is therefore **ORDERED** that Defendant PNC is not enjoined from proceeding with foreclosure proceedings on Plaintiff's property located at 402 Hunt St., Houston, Texas 77003, including but not limited to, the Substitute Trustee's Sale scheduled to begin today, January 7, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

SIGNED on this the 7th day of January, 2025.

Keith P. Ellison
United States District Judge